IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )         8:04CV578
                                 )
     v.                          )
                                 )
JAMES R. BEHRENDT, a/k/a         )         ORDER
James Ray Behrendt, a/k/a Jim    )
Behrendt; JOAN K. BEHRENDT,      )
a/k/a Joan Kay Behrendt, a/k/a   )
Joan Behrendt; JERRY             )
MUHLBACH; THE STATE OF           )
NEBRASKA, ex rel Department      )
of Health and Human Services,    )
                                 )
          Defendants.            )
_____)
```

This matter is before the Court on the disclaimer and waiver of notice (Filing No. 11) filed by the State of Nebraska. The Court notes said defendant disclaims any interest in the real property subject to this action for purposes of this matter only and waives appearance at and notice of further proceedings. Plaintiff advises it has no objection. Accordingly,

IT IS ORDERED that the State of Nebraska ex rel Department of Health and Human Services is dismissed as a defendant in this action.

DATED this 7th day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court