IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )        8:04CV578
                                 )
       v.                        )
                                 )
JAMES R. BEHRENDT, a/k/a         )        ORDER
James Ray Behrendt, a/k/a Jim    )
Behrendt; JOAN K. BEHRENDT,      )
a/k/a Joan Kay Behrendt, a/k/a   )
Joan Behrendt; JERRY             )
MUHLBACH; THE STATE OF           )
NEBRASKA, ex rel Department      )
of Health and Human Services,    )
                                 )
            Defendants.          )
_____ )
```

This matter is before the Court on plaintiff's status report (Filing No. 9). In accordance therewith,

IT IS ORDERED that reference of this matter is made to the United States Bankruptcy Court for this District for further proceedings.

DATED this 8th day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court