IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CV578 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES R. BEHRENDT, a/k/a James Ray Behrendt, a/k/a Jim Behrendt; JOAN K. BEHRENDT, a/k/a Joan Kay Behrendt, a/k/a Joan Behrendt; JERRY MUHLBACH, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that a scheduling conference with the undersigned is scheduled for:

**Thursday, February 1, 2007, at 9:00 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 10th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court