IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )        8:04CV578
                               )
     v.                        )
                               )
JAMES R. BEHRENDT, a/k/a       )        ORDER
James Ray Behrendt, a/k/a Jim  )
Behrendt; JOAN K. BEHRENDT,    )
a/k/a Joan K. Behrendt, a/k/a  )
Joan Behrendt; JERRY MUHLBACK, )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on the suggestion in bankruptcy (Filing No. 18) filed by defendant James R. Behrendt in this action.  Pursuant to NELR 76.1(a),

IT IS ORDERED:

1) This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2) This case shall be terminated for statistical purposes by the Clerk of this Court.

3) The Clerk of this Court shall notify the Clerk of the Bankruptcy Court for the District of Nebraska of this referral.

DATED this 19th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court