IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )         8:04CV578
                                 )
     v.                          )
                                 )
JAMES R. BEHRENDT, et al.,       )         ORDER
                                 )
          Defendants.            )
_____)
```

This matter is before the Court on the report and recommendation of the United States Bankruptcy Judge that reference of this adversary proceeding be withdrawn (Filing No. 20), and motion for dismissal (Filing No. 21). The Court finds the report and recommendation should be approved and adopted and that said motion should be granted. Accordingly,

IT IS ORDERED:

1) The report and recommendation of the United States Bankruptcy Judge that reference of this adversary proceeding is withdrawn. The stay is lifted.

2) The motion for dismissal is granted; this action is dismissed with prejudice.

DATED this 23rd day of April, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court